<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8415**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

      v.

MICHAEL CURTIS,

              Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. Joseph R. Goodwin, Chief District Judge. (2:89-cr-00054-1)

Submitted: July 30, 2009         Decided: August 3, 2009

Before MOTZ, KING and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Curtis, Appellant Pro Se. John J. Frail, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Curtis appeals the district court's order granting his motion filed pursuant to 18 U.S.C. § 3582(c)(2) (2006), and reducing his sentence to 325 months of imprisonment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Curtis, No. 2:89-cr-00054-1 (S.D.W. Va. Oct. 20, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED